USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-2117 NATIVIDAD MERCADO AYALA, Plaintiff, Appellant, v. KENNETH S. APFEL, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, Defendant, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Carmen Consuelo Cerezo, U.S. District Judge] Before Selya, Circuit Judge, Bownes, Senior Circuit Judge, and Stahl, Circuit Judge.     Salvador Medina De La Cruz on brief for appellant. Guillermo Gil, United States Attorney, Lilliam Mendoza Toro,Assistant U.S. Attorney, and Robert M. Peckrill, Assistant RegionalCounsel, Social Security Administration, on brief for appellee.MAY 4, 1999  Per Curiam. Claimant Natividad Mercado Ayala appeals from the judgment of the district court which determined that the decision of the Commissioner of Social Security that claimant was not under a disability was supported by substantial evidence. After carefully reviewing the parties' briefs and the record, we affirm the judgment of the district court for essentially the reasons stated in its Judgment, dated July 15, 1998. Affirmed. See Local Rule 27.1.                  -2-